**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tralane Lee HORSLEY, Defendant— Appellant.**

**No. 09–8151.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 5, 2010.

Tralane Lee Horsley, Appellant Pro Se. Dennis Michael Fitzpatrick, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tralane Lee Horsley appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Horsley,* No. 1:05–cr–00546–JCC–1 (E.D.Va. Nov. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*